

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

REVAZ CHACHANASHVILI∫
URI HOROWITZ▲
DANIEL KOHN▲
YAAKOV SAKS▲*
JACOB SINGER▲
JUDAH STEIN▲

<u>LOCAL COUNSEL</u>
DANIEL RUGGIERO△
MICHAEL J. RINGELHEIM◊
ROBERT TZALL Σ
ARYEH STEIN Ω
MARINA DZHAMILOVA●
AVRAHAM CUTLER‡
JONATHAN A. STIEGLITZ√

▲ *NJ & NY Bars*   ∫ *NY Bar*   △ *ME, MA, CT, RI, PA & FL Bars*   ◊ *FL & TX Bars*   Σ *NV & UT Bars*
Ω *MD, VA & DC Bars*   ● *WA Bar*   Ω *MD, VA & DC Bars*   ‡ *NY, AZ, & MN Bars*   √ *CA Bar*
\**Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT* ∫

September 28, 2017

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Via ECF**

    Re:   <u>**Yaniv Nasimi v. Equifax Information Services, LLC, Bank of America, N.A.**</u>
            **Case #: 1:17-cv-05848-VEC**

Your Honor,

    We represent the Plaintiff, Yaniv Nasimi, in the above referenced action, and write in accordance with Your Honor's Individual Practices.

    We are pleased to report that the Plaintiff and Defendant Equifax Information Services, LLC have reached an agreement to settle the claims alleged in the Complaint as to Equifax Information Services, LLC.

    Accordingly, we respectfully request that the Court remove any upcoming deadlines and dates from its calendar, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                  Respectfully,

                                  _____*/s/ Daniel Kohn*_____
                                  Daniel Kohn

CC: Mr. Steven Richman, Esq., *for Defendant Equifax Information Services, LLC (via ECF)*